■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUGUST FRANK MAZZELLA, Appellant.— Appeal by defendant: (1) from a judgment of the County Court, Orange County, rendered March 24, 1958, convicting him after a jury trial, of kidnapping, robbery in the first degree, grand larceny in the first degree and assault in the second degree, and sentencing him as a second felony offender to serve a term of 20 years to life in State prison; and (2) from various intermediate orders. Judgment affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARVEY FOREMAN, Appellant, against EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Appeal by the relator from an order of the Supreme Court, Dutchess County, entered June 24, 1959, dismissing, after a hearing, a writ of habeas corpus and remanding appellant to custody. Order affirmed, without costs. The relator was properly sentenced as a second felony offender on the basis of a prior conviction in Canada under a charge of breaking and entering a shop "with intent to commit an indictable offense therein, to wit: the crime of theft", in violation of section 461 of the Criminal Code of Canada. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ ROZALIE RASBERRY, Respondent, v. SCARSDALE BUS CORPORATION, Appellant.— In an action to recover damages for personal injuries, the defendant appeals from a judgment of the Supreme Court, Westchester County, dated January 5, 1960, entered on a jury verdict in favor of plaintiff. Judgment affirmed, with costs. No opinion. Nolan, P. J., Beldock and Pette, JJ., concur; Ughetta and Christ, JJ., dissent and vote to reverse the judgment and to grant a new trial on the ground that the verdict is against the weight of the evidence.

■ ISADORE ROSEN & SONS, INC., Respondent, v. JOHN A. JOHNSON & SONS, INC., et al., Appellants.— In an action by a subcontractor against the general contractor and the surety company on its bond, to recover damages allegedly sustained by reason of delays and interference during the performance of a construction contract, the defendants appeal from an order of the Supreme Court, Westchester County, entered September 1, 1959, denying their motion for partial summary judgment dismissing the second cause of action. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.